*Order Filed on 9/22/2011 by Clerk U.S. Bankruptcy Court District of New Jersey*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

JERROLD S. KULBACK (JK2505)
ARCHER & GREINER
A Professional Corporation
One Centennial Square
Haddonfield, NJ  08033-0968
Tel: (856) 795-2121

| | |
|---|---|
| In re: | Chapter 13 |
| MONA P. COLTON, | Case No. 11-31478-JHW |
| Debtor. | Judge:  Judith H. Wizmur |

## CONSENT ORDER EXCEPTING DEBT FROM DISCHARGE

The relief set forth on the following pages numbered two (2) through __2__ is hereby

**ORDERED.**

**DATED: 9/22/2011**

_____
Judith H. Wizmur, Chief Judge
United States Bankruptcy Court

Page 2
Debtor: Mona P. Colton
Case No.: 11-31478 (JHW)
Caption: Consent Order Excepting Debt From Discharge

THIS MATTER, having been brought before the Court upon the consent of the parties, Archer & Greiner, P.C. ("A&G"), on behalf of itself, and Debtor, Mona P. Colton ("Debtor"), by her counsel, Robert N. Braverman, Esquire; and

WHEREAS, A&G maintains a claim against the Debtor in the above captioned bankruptcy proceeding relating to attorneys fees and costs (the "Claim"), which A&G asserts is in the sum of $205,447.61, and which A&G asserts is non-dischargeable under the applicable provisions of the Bankruptcy Code. The Debtor disputes the amount and non-dischargeability of the Claim; and

WHEREAS, the Debtor and A&G both wish to avoid the costs of litigation and settle, compromise and resolve certain disputes and other issues among them on the terms set forth in that certain Settlement Agreement being executed simultaneously herewith;

AND, the Court having noted the consent of the parties; and good cause being shown;

IT IS HEREBY ORDERED as follows:

1. The sum of $85,000 of the Claim be and hereby is excepted from any discharge that may be entered in this or any other bankruptcy proceeding that may be filed by the Debtor.

The undersigned hereby stipulate
and consent to the entry of the
within Consent Order:

| | |
|---|---|
| LAW OFFICES OF ROBERT BRAVERMAN, LLC<br>*Attorneys for Debtor* | ARCHER & GREINER, PC<br>*Pro Se* |
| By: /s/ Robert N. Braverman<br>    Robert N. Braverman, Esquire | By: /s/ Jerrold S. Kulback<br>    Jerrold S. Kulback, Esquire |
| Dated: 9/22/11 | Dated: 9/22/11 |

7134600v2

2

*Approved by Judge Judith H. Wizmur September 22, 2011*